O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　Plaintiff, 　　　　　　) | SA 09-219M |
| 　　　　　　　　　　　　　　　　　　) | |
| 　v. 　　　　　　　　　　　　　　　) | ORDER OF DETENTION AFTER HEARING |
| 　　　　　　　　　　　　　　　　　　) | (18 U.S.C. § 3142(i)) |
| ALVARO JAMAICA, 　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　Defendant. 　　　　　) | |

I.

A.  ( ) On motion of the Government involving an alleged

　　1.  ( ) crime of violence;

　　2.  ( ) offense with maximum sentence of life imprisonment or death;

　　3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

　　　　(21 U.S.C. §§  801,/951, et. seq.,/955a);

　　4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

　　1.  ( X )　serious risk defendant will flee;

　　2.  ( )　serious risk defendant will

　　　　a. ( )　obstruct or attempt to obstruct justice;

　　　　b. ( )　threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X ) appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. ( x ) the weight of evidence against the defendant;

9  C. ( x ) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x ) History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**

17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20    1. ( ) obstruct or attempt to obstruct justice;

21    2. ( ) threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24     provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: May 28, 2009

Marc L. Goldman
U.S. Magistrate Judge